**No. 39934.**—Protest 297483–G of Groetzinger Bros. (New York).

Opinion by TILSON, J.    From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.    The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39935.**—Protest 418595–G of J. E. Bernard & Co., Inc. (New York).

Opinion by TILSON, J.    From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.    The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39936.**—Protests 249998–G, etc., of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J.    In accordance with stipulation of counsel and on the authority of *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) the merchandise in question was held dutiable as knit wool outerwear under paragraph 1114 as claimed.

**No. 39937.**—Protests 893072–G, etc., of Abercrombie & Fitch Co. et al. (New York).

Opinion by TILSON, J.    The protests were submitted without the introduction of evidence in support of the claims made.    As there was nothing to warrant disturbing the collector's action the protests were dismissed on the authorities cited in Abstract 15400.

**No. 39938.**—Protests 796954–G (A), etc., of Langfelder, Homma & Hayward, Inc., et al. (Portland, Oreg.).

Opinion by KINCHELOE, J.    On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 337) the protests were dismissed.

**No. 39939.**—Protest 828402–G of Charms Co. (New York).

Opinion by KINCHELOE, J.    On the record presented the paper in question was held dutiable at 3 cents per pound and 15 percent ad valorem under paragraph 1405 as claimed.    *Meadows Wye* v. *United States* (T. D. 47725) followed.